(No. 74-CV-64— )

GUNTRAM ZULTNER, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed October 24, 1974.*

GUNTRAM ZULTNER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; GEORGE A. MUSTIS, Assistant Attorney General, for Respondent.

PER CURIAM.

This claim arose out of a criminal aggravated battery on April 5, 1974, at 4343 North Hamlin, Chicago, Illinois, Guntram Zultner of 4511 North Greenview, Chicago, Illinois, seeks compensation pursuant to the provisions of the "Crime Victims Compensation Act" (hereafter referred to as the "Act"), Ill. Rev. Stat., 1973, Ch. 70, Sec. 71 *et seq.*

This Court has carefully considered the application for benefits submitted on the form prescribed and furnished by the Court; and a report by the Attorney General of the State of Illinois, which substantiates the matter set forth in the application. Based upon the documents and other evidence submitted before the Court, the Court finds as follows:

1. That the claimant was a victim of a violent crime covered under Ill. Rev. Stat., 1973, Ch. 70, Sec. 72, to wit:

"Aggravated Battery, Sec. 12-4, Ch. 38, Ill. Rev. Stats., 1973"

2. That said crime occurred at 11:00 p.m. on April 5, 1974, at 4343 North Hamlin, Chicago, Illinois, at which time claimant suffered a gunshot wound to the

face. The bullet entered the right cheek and exited through the left cervical area.

3. That said crime was reported to Area 5, Robbery Division of the Chicago Police Department promptly and claimant has cooperated fully with law enforcement officials.

4. That there was no evidence that claimant was a relative or member of the same household of the assailant.

5. That the injury to claimant was not attributable either to his wrongful act or substantial provocation on his part.

6. That claimant has suffered damages in excess of $200.00 compensable by Section 74 of the Act, to wit:

A. Hospital Expenses ............................. $1,714.15
B. Doctor and Dental Expenses ...................... 998.00

TOTAL MEDICAL EXPENSES.................... $2,712.15

7. That direct benefits have been paid to the hospital, doctors and dentist by Bankers Life Claim No. 4171752 in the amount of:

LESS INSURANCE BENEFITS...................... $2,127.00

8. That there is a $2.60 telephone charge that is not compensable under the Crime Victims' Compensation Act.

LESS UNCOMPENSABLE .......................... $ 2.60
TOTAL UNREIMBURSED EXPENSES................. $ 582.55

LESS $200 DEDUCTIBLE
Pursuant to Sec. 7(d) ................................ $ 200.00

TOTAL ....................................... $ 382.55

9. That the proof submitted in support of this claim satisfies all of the requirements of this Act, and the claim is therefore compensable thereunder.

IT IS HEREBY ORDERED that the sum of $382.55 (THREE HUNDRED EIGHTY TWO DOLLARS AND FIFTY FIVE CENTS) be awarded Guntram Zultner, as an innocent victim of a violent crime.